

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00718-CV

**IN THE INTEREST OF J.C.M. AND R.M.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00503
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED March 15, 2023.

_____
Lori I. Valenzuela, Justice